# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARRY JAMES OSBORN**                                                              **PLAINTIFF**
ADC #079034

v.                              **CASE NO. 4:22-CV-00159-BSM**

**DEXTER PAYNE**                                                                    **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 2] is adopted, and petitioner Larry Osborn's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE