**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LARRY JAMES OSBORN**                                                   **PLAINTIFF**
ADC #079034

**v.**                          **CASE NO. 4:22-CV-00159-BSM**

**DEXTER PAYNE**                                                        **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE